*Return*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | |
|---|---|
| ROBERT WEBBER <br><br> _Plaintiff(s)_ <br> v. <br><br> THE BOARD OF COUNTY COMMISSIONERS FOR CURRY COUNTY, NEW MEXICO, a political sub-division, et al. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:15-CV-00478 SMV-LAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tori Sandoval, Curry County Detention Center, 801 Mitchell Street, Clovis, N.M., 88101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric D. Dixon, Attorney and Counselor at Law, P.A., 301 South Avenue A, Portales, New Mexico, 88130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Wednesday, July 01, 2015

Mollie E Duran

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-00478

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Tari Sandoval_

was received by me on *(date)* _7·22-15_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Helen Stewart / San. Pyle offic_ ,who is

designated by law to accept service of process on behalf of *(name of organization)* _Jori_

_Sandaol_ on *(date)* _7-23-15_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _7-23-15_

_[signature]_
Server's signature

_George Row_
Printed name and title

_1616 S Abilene ___ NM ___ 8P/3_
Server's address

Additional information regarding attempted service, etc: