IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT WEBBER,**

    **Plaintiff,**

v.                                                                                       No. CIV-15-0478 WJ/LAM

**BOARD OF COUNTY COMMISSIONERS**
**FOR CURRY COUNTY, TORI SANDOVAL,**
in her official and individual capacity as Administrator
of the Curry County Detention Center, and
**JONATHAN KING, individually,**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:        Telephonic Status Conference

DATE AND TIME OF HEARING:        March 23, 2016 at 2:00 p.m.
                                                        (Trailing Docket – 15 minutes)

LOCATION:                            U.S. Courthouse and Federal Building, 5th Floor,
                                                     100 N. Church, Las Cruces, NM, before
                                                     U.S. Magistrate Judge LOURDES A. MARTÍNEZ

        The parties shall call into the Court's "meet-me" line at 505-348-2694. It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

        IT IS SO ORDERED.

                                                                 */s/ Lourdes A. Martínez*
                                                              **LOURDES A. MARTÍNEZ**
                                                              **UNITED STATES MAGISTRATE JUDGE**