IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT WEBBER,**

    **Plaintiff,**

v.                                           No. CIV-15-0478 WJ/LAM

**BOARD OF COUNTY COMMISSIONERS**
**FOR CURRY COUNTY, et al.,**

    **Defendants.**

## ORDER RESETTING CASE MANAGEMENT DEADLINES

**THIS MATTER** came before the Court on a telephonic status conference held on May 9, 2016. The following case management deadlines have been re-set:

| | | |
|---|---|---|
| a) | Plaintiff(s)' Rule 26 (a)(2) expert disclosure[1]: | June 9, 2016 |
| b) | Defendant(s)' Rule 26 (a)(2) expert disclosure[1]: | July 8, 2016 |
| e) | Termination date for discovery: | August 9, 2016 |
| f) | Motions relating to discovery to be filed by: | August 30, 2016 |
| g) | Pretrial motions other than discovery motions (including motions which may require a Daubert hearing) filed by: | September 20, 2016 |
| h) | Pretrial Order: Plaintiff(s) to Defendant(s) by:<br>                   Defendant(s) to Court by: | December 9, 2016<br>December 23, 2016 |

---

[1] All expert witnesses must be disclosed by this date, but only those who are retained or specifically employed to provide expert testimony must submit an expert report. *See* Fed. R. Civ. P. 26(a)(2)(B); *Musser v. Gentiva Health Servs.*, 356 F.3d 751 (7th Cir. 2004); *Farris v. Intel Corp.*, 493 F.Supp. 2d 1174 (D.N.M. 2007), and *Blodgett v. United States*, 2008 WL 1944011 (D. Utah). Expert witnesses not required to provide a written report must provide a summary disclosure under Rule 26(a)(2)(C) by this date. The parties must have their expert(s) ready to be deposed at the time they identify them and provide their reports.

Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery deadline.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**