Curry County Adult Detention Center
801 Mitchell Street
Clovis, New Mexico 88101

CCADC Housing Waiver

Inmate Name Robert Webber _____ Date 5/4/14

Booking Officer D Witchew _____ Shift _____ Date 5/4/14

Detention Officer King _____ D# _____ Shift _____ Date 5/4/14

Initial

☐ I acknowledge that I am a protective custody inmate

☒ I acknowledge that I am being placed in general population and my behavior is what will keep me in general population

Inmate Signature X _____ Date 5/4/14

Booking Officer Signature D Witchew _____ Date 5/4/14

Officer Signature _____ Date 5/4/14

EXHIBIT
B

CC 000271

## INITIAL CUSTODY ASSESSMENT SCALE

### I. IDENTIFICATION

Robert Webber

Inmate Name (Last, First, MI)

51438

Inmate ID #

5/4/14

Assessment Date

O Ditchcan

Classification Specialist

### II. CUSTODY EVALUATION

1. **SEVERITY OF CURRENT CHARGES/CONVICTIONS** (Use the Severity of Offense Scale: Rate the most serious charge/conviction, including any detainers/warrants.)
   Low _absconded from probation_ ........ 0
   Moderate ........ 2
   High ........ 5
   Highest ........ 7

   Score (1) ⊘

2. **SERIOUS OFFENSE HISTORY** (Use the Severity of Offense Scale: Rate the most serious prior conviction.)
   None or Low ........ 0
   Moderate _res burg_ ........ 1
   High ........ 4
   Highest ........ 7

   Score (2) ①

3. **ESCAPE HISTORY** (Excluding current charges.)
   No escape or attempts _per inmate_ ........ 0
   Walkaway or attempted escape from minimum security facility or failure to return from authorized absence ........ 3
   Escape or attempted escape from medium or maximum security setting ........ 7

   Score (3) ⊘

**MAXIMUM CUSTODY SCORE** (Add items 1, 2, and 3.)
With a score of 7 or higher, assign to maximum custody. (Always complete the remaining items, but do not total score if the inmate has already been assigned to maximum custody.)

Score (1-3) 1

4. **INSTITUTIONAL DISCIPLINARY HISTORY**
   None or minor with no segregation time _per inmate_ ........ 0
   One or more major disciplinary reports and/or time in segregation ........ 3

   Score (4) 3

5. **PRIOR FELONY CONVICTIONS** (Excluding current charges.)
   None ........ 0
   One ........ 2
   Two or more _per inmate_ ........ 4

   Score (5) 4

6. **ALCOHOL/DRUG ABUSE**
   No social, economic, or legal problems related to abuse ........ 0
   Abuse resulting in social, economic, or legal problems ........ 1
   Abuse resulting in assaultive behavior ........ 3

   Score (6) ⊘

7. **STABILITY FACTORS** (Deduct indicated points.)
   Age 26 or over ........ -1
   Employed or attending school for 6 months prior to arrest ........ -1
   Lived at same address for 12 or more months prior to arrest ........ -1

   Score (7) ⊘

**COMPREHENSIVE CUSTODY SCORE** (Items 1-7)

Total Score (1-7) ⊘

CC 000267

## INITIAL CUSTODY ASSESSMENT SCALE

### I. IDENTIFICATION

Inmate Name (Last, First, MI) _____   Inmate ID # _____

Assessment Date _____   Classification Specialist _____

### II. CUSTODY EVALUATION

1. **SEVERITY OF CURRENT CHARGES/CONVICTIONS** (Use the Severity of Offense Scale: Rate the most serious charge/conviction, including any detainers/warrants.)
   Low _____ 0
   Moderate _____ 2
   High _____ 5
   Highest _____ 7   Score (1) ⓪

2. **SERIOUS OFFENSE HISTORY** (Use the Severity of Offense Scale: Rate the most serious prior conviction.)
   None or Low _____ 0
   Moderate _____ 1
   High _____ Res true _____ 4
   Highest _____ 7   Score (2) 1

3. **ESCAPE HISTORY** (Excluding current charges.)
   No escape or attempts _____ 0
   Walkaway or attempted escape from minimum security facility or failure to return from authorized absence _____ 3
   Escape or attempted escape from medium or maximum security setting _____ 7   Score (3) ⓪

**MAXIMUM CUSTODY SCORE** (Add items 1, 2, and 3.)
With a score of 7 or higher, assign to maximum custody. (Always complete the remaining items, but do not total score if the inmate has already been assigned to maximum custody.)   Score (1-3) 1

4. **INSTITUTIONAL DISCIPLINARY HISTORY**
   None or minor with no segregation time _____ 0
   One or more major disciplinary reports and/or time in segregation _Per inmate_ ③   Score (4) 3

5. **PRIOR FELONY CONVICTIONS** (Excluding current charges.)
   None _____ 0
   One _____ 2
   Two or more _____ ④   Score (5) 4

6. **ALCOHOL/DRUG ABUSE**
   No social, economic, or legal problems related to abuse _____ 0
   Abuse resulting in social, economic, or legal problems _____ 1
   Abuse resulting in assaultive behavior _____ 3   Score (6) ⓪

7. **STABILITY FACTORS** (Deduct indicated points.)
   Age 26 or over _____ -1
   Employed or attending school for 6 months prior to arrest _____ -1
   Lived at same address for 12 or more months prior to arrest _____ -1   Score (7) ⓪

**COMPREHENSIVE CUSTODY SCORE** (Items 1-7)   Total Score (1-7) 8

CC 000268