# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT WEBBER.

     Plaintiff,

v.                                                      Case No. 15-CV-00478 WJ/LAM

THE BOARD OF COUNTY COMMISSIONERS
FOR CURRY COUNTY, New Mexico,
a political sub-division of The State of New Mexico,
TORI SANDOVAL, in her official capacity
as Administrator of the Curry County Detention Center,
and individually, JONATHAN KING, individually

     Defendants.

## AFFIDAVIT OF LESLIE WHITE

**COMES NOW** the Affiant, Leslie White, being duly sworn upon his oath, deposes and states as follows:

1. That my name is Leslie White.

2. That I am more than eighteen years of age.

3. That I have personal knowledge of the statements made herein.

4. That I am the Executive Secretary for the Curry County Sheriff's Office. Part of my duties as the Secretary includes being the custodian of records for the Sheriff's Office.

5. That attached hereto as Exhibit A are true and correct copies of Incident Reports reflecting Incident # 14-07-017 and Incident # 15-02-099, with personal information redacted.

6. That the documents attached hereto as Exhibit A are records or reports of acts, events, conditions, opinions or diagnoses, made at or near the time of the same by or from

EXHIBIT

2

tabbies

information transmitted by a person with knowledge and kept in the course of a regularly conducted business activity of the Curry County Sheriff's Office.

7. That it was the regular course of the Curry County Sheriff's Office activity to make and maintain the documents attached hereto as Exhibit A.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Leslie White_

Records Custodian

STATE OF NEW MEXICO   }
                                   } ss.
COUNTY OF     CURRY   }

SUBSCRIBED AND SWORN to before me this _6_ day of October 2016, by

_Jurusa Ancira_

NOTARY PUBLIC

My Commission Expires: _4/26/20_

# Curry County Sheriff's Office

700 North Main Street, Suite 4   Clovis, NM 88101   (575) 769-2335

Incident#: 14-07-017

| STATION COMPLAINT #/CRIME Code | | | | | INCIDENT # |
|---|---|---|---|---|---|
| 13B (Battery) | | | | | 14-07-017 |
| REPORT TYPE | RELATED CAD # | | | DESCRIPTION | |
| Non-Criminal Incident Report | C14-030315 | | | 13B (Battery) | |
| DOT# | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | | |
| | 801 Mitchell ST   Curry County ADC CLOVIS, NM 88101 | | | | |
| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | | STATUS DATE |
| Radio | 07/04/2014 14:08 | 07/04/2014 13:50 - 07/04/2014 19:15 | EXCEPTIONALLY CLEARED - INFO | | 07/04/2014 |
| UCR | | | | TYPE | RELATED EVENT # |
| 13B Assault, 30-3-1 - 1 count(s) | | | | Witness | |

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| ACOSTA, MABEL | | | | **Redacted** | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| F | White, Caucasian | | | | | **Redacted** | |
| SSN | DL # | DL # | DL State | FBI # | ALT PHONE | | |
| **Redacted** | **Redacted** | | **Redacted** | **Redacted** | **Redacted** | | |
| CLOTHING | | | | Handcuff Double Locked | Prints Taken | Criminal History | |

| UCR | | | | TYPE | RELATED EVENT # |
|---|---|---|---|---|---|
| 13B Assault, 30-3-1 - 1 count(s) | | | | Witness | |

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| RODRIGUEZ, ZULEMA | | | | **Redacted** | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| F | | | | | | **Redacted** | |
| SSN | DL # | DL # | DL State | FBI # | ALT PHONE | | |
| **Redacted** | **Redacted** | | **Redacted** | **Redacted** | **Redacted** | | |
| CLOTHING | | | | Handcuff Double Locked | Prints Taken | Criminal History | |

| UCR | | | | TYPE | RELATED EVENT # |
|---|---|---|---|---|---|
| 13B Assault, 30-3-1 - 1 count(s) | | | | Witness | |

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| Hayes, Keith Allen | | 1968 | 46 | **Redacted** | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| M | White, Caucasian | 6'6" | 223 | Brown | BLUE | **Redacted** | |
| SSN | DL # | DL # | DL State | FBI # | ALT PHONE | | |
| **Redacted** | **Redacted** | | **Redacted** | **Redacted** | **Redacted** | | |
| CLOTHING | | | | Handcuff Double Locked | Prints Taken | Criminal History | |

| UCR | | | | TYPE | RELATED EVENT # |
|---|---|---|---|---|---|
| 13B Battery, 30-3-4 - 1 count(s) | | | | Victim | |

**NARRATIVES**

**PRIMARY NARRATIVE**

On June 27, 2014 I was on duty in a marked Sheriff unit in uniform displaying my badge of office in the County of Curry. I was dispatched to the Curry County Detention Center in regard to an assault report.

Upon my arrival I spoke with Detention Sergeant Chris Sotelo. He told me inmate Robert Webber had spit on inmate Keith Hayes while the two were in pod 4. Sergeant Sotelo said he and other Detention Officers went into Webbers

EXHIBIT
A

Page 2 of 3

CCSD000016

# Curry County Sheriff's Office

709 North Main Street, Suite 4   Clovis, NM 88101   (575) 769-2335

Incident #: 14-07-017

| STATION COMPLAINT SIGNAL/Ordinance Code | | | INCIDENT # |
|---|---|---|---|
| 13B (Battery) | | | 14-07-017 |
| REPORT TYPE | RELATED CAD # | DESCRIPTION | |
| Non-Criminal Incident Report | C14-030315 | 13B (Battery) | |
| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | |
| | 801 Mitchell ST   Curry County ADC  CLOVIS, NM 88101 | | |
| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
| Radio | 07/04/2014 14:08 | 07/04/2014 13:00 - 07/04/2014 13:10 | EXCEPTIONALLY CLEARED - INFO | 07/04/2014 |

cell and restrained him. Webber was taken out of pod 4 and into a segregated cell. While Webber was in the segregation cell he was asked to move his hands so the food port door could be closed. Webber refused after several commands to do so. Sergeant Sotelo stated that Webber wanted to press charges on the officer that restrained him because they left a scratch on his body.

Sergeant Sotelo and I went to the segregation area were inmate Webber was being housed. Sergeant Sotelo opened the food port to the door. Inmate Webber shouted that he did not want to talk to the Sheriffs office. Webber said "I'm not like you little bitches, I'm not going to press charges". Webber then said he did spit on inmate Hayes but only spit by him. Sergeant Sotelo closed the food port door.

I spoke with inmate Hayes. I asked him where inmate Webber had spit on him. He told me he did not want to press charges on Webber. I told him ok and asked again where he was spit on. He told me on his left shoulder and his arm.

I gathered the officers statements and called Under Sheriff Wesley Waller.

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Salazar, Antonio | C38 | Brockett, Michael | C18 |

Page 3 of 3

CCSD000017

# Curry County Sheriff's Office

700 North Main Street, Suite 4   Clovis, NM 88101   (575) 769-2335

Incident#: 15-02-099

| STATION COMPLAINT UCR/Offense Code | | | | INCIDENT # |
|---|---|---|---|---|
| 290 (Criminal Damage up to $1000) | | | | 15-02-099 |
| REPORT TYPE | RELATED CAD # | | DESCRIPTION | |
| Criminal Incident Report | C15-007590 | | 290 (Criminal Damage up to $1000) | |
| DOT # | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| | 801 Mitchell ST   Curry County ADC CLOVIS, NM 88101 | | | |
| HOW RECEIVED | WHEN REPORTED | TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
| Telephone | 02/20/2015 19:32 | 02/20/2015 19:32 | Active | |

### INVOLVED ENTITIES

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| Webber, Robert | | 1992 | 22 | **Redacted** | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| M | White, Caucasian | 6' 0" | 168 | Black | | **Redacted** | |
| SID # | DL # | RS # | DL State | FBI # | | ALT PHONE # | |
| **Redacted** | **Redacted** | | **Redacted** | **Redacted** | | **Redacted** | |
| CLOTHING | | | | | Handcuff Double Locked | Prints Taken | Criminal History |
| | | | | | | | |

| UCR | | TYPE | RELATED EVENT # |
|---|---|---|---|
| 290 Criminal Damage up to $1000, 30-15-1 - 1count(s) | | Offender/Arrested | |

### NARRATIVES

**PRIMARY NARRATIVE**

On February 20, 2015 at approximately 1930 hours I met with Lieutenant John Leclair at the Curry County Adult Detention Center in reference to a report of criminal damage. Leclair told me that he noticed that the window tint covering the window between Pod 7 and the inside hallway had been damaged. Approximately a 3 inch diameter circle had been cut into the tint, allowing inmates to view the hallway area. Leclair reviewed jail surveillance footage and found that inmate Robert Webber had removed the tint from the window at approximately 2200 hours. The cost of replacing the window tint is estimated at $200.00 I will seek a warrant for the arrest of Webber in reference to criminal damage.

| REPORTING OFFICER | UNIT # | SUPERVISOR | UNIT # |
|---|---|---|---|
| Brockett, Michael | C18 | Reeves, Mike | C2 |

### ASSISTING OFFICERS

| OFFICERS | UNIT # |
|---|---|
| VANNATTA, BRYAN | C41 |

CCSD000021